UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:26-cr-00070-JAW |
| | ) | |
| BRIAN DOYLE | ) | |

**RECEIPT FOR SURRENDER OF PASSPORT**

I hereby acknowledge receipt of Passport # 578419234 issued by United States of America, in the name of Brian Timothy Doyle, surrendered to the Clerk, U.S. District Court, District of Maine, as a condition of release in the above-entitled case.

Date: 9/11/26 By: /s/ Cheryl Derrah
Deputy Clerk

---

**RECEIPT FOR RETURN OF PASSPORT (Defendant)**

I hereby acknowledge receipt of my Passport, as described above, from the Clerk, U.S. District Court, District of Maine.

Date: ________________ By: ________________________________
Signature of Defendant or Defense Counsel

---

**RECEIPT FOR RETURN OF PASSPORT (Probation)**

I hereby acknowledge receipt of the defendant's Passport, as described above, from the Clerk, U.S. District Court, District of Maine.

Date: ________________ By: ________________________________
Signature of Probation Office Representative